**BROWN & CONNERY, LLP**
Jennifer A. Harris, Esq.
360 Haddon Avenue
Westmont, New Jersey 08108
(856) 812-8900
*Attorneys for Defendant, TD Bank, N.A.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RALLYE MOTORS NJ 1 INC and FLONISHA JOHNSON d/b/a RALLYE MOTORS NJ 1 INC,<br><br>        Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.,<br><br>        Defendant. | Civil Action No.: 2:26-cv-5593-CCC-MAH<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Defendant, TD Bank, N.A. ("TD Bank"), makes this disclosure pursuant to Federal Rule of Civil Procedure Rule 7.1. TD Bank, a national banking association, is a wholly-owned subsidiary of TD Bank US Holding Company, a Delaware corporation. TD Bank US Holding Company is a wholly-owned subsidiary of TD Group US Holdings LLC, a Delaware Limited Liability Company, which in turn is a wholly-owned subsidiary of The Toronto-Dominion Bank, a Canadian-chartered bank, the stock of which is traded on the Toronto and New York Stock Exchanges under the symbol "TD." No publicly held company directly owns ten percent (10%) or more of the stock of TD Bank, N.A.

**BROWN & CONNERY, LLP**
*Attorneys for Defendant,*
*TD Bank, N.A.*
*/s/ Jennifer A. Harris*
Jennifer A. Harris

Dated: May 18, 2026

7WN9771